

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brice R. Tabbutt | Civil Action No. 18cv2799-BAS(LL) |
| Plaintiff, | |
| V. | |
| JP Morgan Chase, (Two Branches) | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Good cause appearing, the Court:
1) Dismisses this civil action, as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii);
2) Denies Plaintiff's Motion to Proceed IFP as moot;
3) Certifies that an IFP appeal of this Order of dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Date: 12/14/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
R. Chapman, Deputy